An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON K. DANIELS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67636

FILED

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner Aaron Daniels asks this court to direct the district court to reverse its order denying Daniels' petition in which he requested an order be issued to the Offender's Management Division regarding the entry of his credit for time served.

We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Any challenge to the computation of time served must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance, *see* NRS 34.724(2)(c); NRS 34.738(1),

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15238

and the proper remedy is an appeal to this court from the district court's order denying the writ, *see* NRAP 22.[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
Aaron K. Daniels
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We express no opinion as to whether Daniels could meet the procedural requirements of NRAP 4(b) or NRS chapter 34.